# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
http://www.courts.state.nh.us

Court Name: _____

Case Name: _____

Case Number: 218-2021-CV-00003
(if known)

## COMPLAINT

Requested:  ☐ Jury Trial (as allowed by law)  ☐ Bench Trial

1. Plaintiff's Name _____

   Residence Address _____

   Mailing Address (if different) _____

   Telephone Number (Home) _____ (Mobile) _____

2. Defendant's Name _____

   Residence Address _____

   Mailing Address (if different) _____

3. First thing that happened (in one sentence):

   _____
   _____
   _____
   _____
   _____

4. Second thing that happened (in one sentence):

   _____
   _____
   _____
   _____
   _____

5. Third thing that happened (in one sentence):

   _____
   _____
   _____
   _____
   _____

Continue on using separately numbered paragraphs (attach additional sheets if necessary).

**Case Name:** _____
**Case Number:** _____
**COMPLAINT** _____

For the reasons stated in this Complaint, I request that the Court issue the following orders:

A.  Describe the orders you want the Court to make:

_____
_____
_____
_____
_____
_____

B.  All other relief the Court deems fair and just.

| Name of Filer | Signature of Filer | Date |
| Law Firm, if applicable | Bar ID # of attorney | Telephone |
| Address | E-mail | |
| City | State | Zip code |